**Alicia Magallon GUERRERO,**
**Plaintiff–Appellant,**

v.

**Shelia CLARK; Mr. Shepard; John Prit; Barry Miller; Denise Carter,**
**Defendants-appellees.**

**No. 01–7884.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Alicia Magallon Guerrero, Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Alicia Magallon Guerrero appeals from the district court's order dismissing for improper venue her action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Guerrero v. Clark*, No. CA–01–765–2 (E.D.Va. Oct. 23, 2001). We deny Guerrero's motion for injunction in which she seeks a transfer to a federal correctional facility. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*